DUD MOORE & CO. *et al.* v. STATE *ex rel.* CALDWELL.

No. 2295.  Opinion Filed November 26, 1912.

(128 Pac. 257.)

*Error from District Court, Tulsa County;*
*I. M. Poe, Judge.*

Action by the State, on the relation of Fred S. Caldwell, against Dud Moore & Co. and Dud Moore. Judgment for the State, and defendants bring error. Dismissed.

*Davidson & Williams,* for plaintiffs in error.
*H. W. Randolph,* for defendant in error.

Opinion by BREWER, C.   This cause appears to be an appeal from the action of the district court of Tulsa county in refusing to dissolve a temporary injunction.

The petition in error was filed in this court January 28, 1911. Since filing the petition in error here, it appears to have been abandoned, as no briefs have been filed in the case by either party.   Therefore, under the rules and decisions of this court, the petition should be dismissed.

By the Court:   It is so ordered.